UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

The Honorable Lindsay S. Griffin
Courtroom 12A

United States of America v. Thomas Wayne Markle
8:26-mj-3344-LSG

| | |
|---|---|
| **Date**: November 6, 2026 | **Court Reporter**: **Digital** |
| | **Interpreter**: N/A |
| **Time**: 1:35 PM–1:49 PM<br>3:09 PM – 3:46 PM<br>**Total**: 51 min | **Deputy Clerk**: Amanda Craig |
| | **Pretrial Services:** Charlene Cohen |
| **Government Counsel** | **Defense Counsel** |
| Courtney Derry AUSA | Mary Claire Wolf AFPD |

**Rule 5 (Central District of California)**

Defendant present and provided a copy of the Complaint.

Arrest Date: 11/06/2026.

Court summarizes the charges and advises Defendant of Rule 5 rights.

Proceedings conducted pursuant to Rule 5(c).

Financial Affidavit submitted for approval. Court finds that Defendant qualifies for the appointment of counsel. AFPD appointed for all further proceedings.

Identity hearing and production of the warrant waived.

Oral Due Process Order given.

Counsel requests a recess to allow time to confer regarding potential conditions of release.

Court grants the request.

Court in recess (1:49 p.m.).

Court back in session (3:09 p.m.).

For the reasons stated on the record, after discussions with counsel at sidebar, the Court makes a sua sponte motion for a competency evaluation as to the defendant.

Order for a competency evaluation to be entered.

Hearing regarding competency to be set at a later date.

Court sets conditions of release as proposed by Pretrial Services to ensure the safety of the community.

Order to be entered.

Defendant to be released after processing.

Court adjourned.