NOV 12 2026 PM2:21
FILED - USDC - FLMD - TPA

PS 10
(8/88)

# United States District Court
## for the
## Middle District of Florida

U.S.A. vs Thomas Wayne Markle Docket No. 8:26-mj-3344-LSG

TO: [1]**Any United States Marshal or any agent of the FBI**

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |
| NAME OF DEFENDANT<br>Thomas Wayne Markle | SEX<br>Male | RACE<br>White | AGE<br>82 |
| ADDRESS(STREET, CITY, STATE)<br>119 Bonisee Circle, Lakeland, FL 33801 | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>Middle District of Florida<br>801 N. Florida Ave., Tampa, FL 33602 | | | |
| CLERK MEGAN A. MANN | (BY) DEPUTY CLERK [signature] | DATE<br>11-10-26 | |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS 801 N. Florida Ave, 4th FL<br>TAMPA, FL 33602 | | |
| NAME<br>ORTIZ, FRANK A | (BY)<br>[signature] | DATE<br>10NOV26 |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <dist name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."