UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

---

The Honorable Lindsay S. Griffin
Courtroom 12A

United States of America v. Thomas Wayne Markle
8:26-mj-3344-LSG

---

| | |
|---|---|
| **Date**: November 19, 2026 | **Court Reporter**: **Digital** |
| | **Interpreter**: N/A |
| **Time**: 2:32 PM–3:00 PM<br>3:33 PM – 3:39 PM<br>**Total**: 34 min | **Deputy Clerk**: Amanda Craig |
| | **Pretrial Services:** |
| **Government Counsel** | **Defense Counsel** |
| Courtney Derry AUSA | Mary Claire Wolf AFPD |

Competency Hearing

At a prior hearing, the court ordered an evaluation of the defendant. A report of that evaluation has been submitted and filed.

Government has no objection to the report.

Court enters report into evidence.

Defendant requests more time to speak to defendant.

Brief recess.

Court back in session at 3:33 pm

Defendant does not object to the findings.

The court finds the defendant is competent. Order to be entered.

Defendant requests to have a preliminary hearing in Tampa. Preliminary hearing to be scheduled for 12/01/2026 at 1:00 pm in courtroom 12A. Preliminary Hearing to be canceled if the defendant is Indicted before the hearing.

Defendant remanded to the custody of USMS.

Court in recess.